Hendkrsox, Judge.
 

 The case depends upon the effect which a contract of hieing has upon the possession. If it divests the owner of the possession, and places it in the person hiring, the thing hired ceases to he a
 
 chose
 
 in possession, and becomes a
 
 chose
 
 in action, and therefore, does not pass absolutely, but
 
 sub modo
 
 only, from the wife to ihe husband, upon their intermarriage.
 

 A contract of hiring, is not a sale of the thing for the period of hiring; the property remains as it did before, —it is a contract for the use of the thing hired. The hirer is a mere bailee, or
 
 locum tenens
 
 for the owner, and only .bolds the property for him. The general property draws to it the. possession, as lone; as the occupant, or qualified owner, retains the occupancy. At any rate, the possession of the hirer is not a possession fo*1 himself; for nothing is more common than the maxim, that the possession of the bailee, is that of the bailor, and hiring is a species of bailment. If the hirer possessed for himself, he could not possess for another, whose possession has continuance, and is exclusive of his. He is called the
 
 qualified owner,
 
 not to express his ownership, or that l¡e has any part of (he property, but. for want of a proper term to express his interest in it.
 

 I therefore think the owner’s possession is not disturbed by the hiring; that the. occupancy of the hirer is perfect >y consistent with it, and then fore docs not digest it; that the owner has such a possession, that he may either sell or give the property. Oí course, in the pro.
 
 *312
 
 sent case, the marriage was a complete gift of the slave in question, to the first husband. For an inability to give, sell or transfer, is the reason why (he marriage is not a perfect gift e? the wife’s
 
 dioses
 
 in action to the husband, they being incapable of a complete transfer — not for the reason generally given, that if is selling a right of going to law, and thereby stirring up lawsuits, but because such things are not
 
 property,
 
 and
 
 property
 
 only is the subject of transfer.
 

 Per Curiam. — Judgment reversed, and judgment far the Defendant.